UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
In Re:

EDWARD LOUIS AND  Case No.: 15-20301
DALE R. LOUIS,  Chapter 7

    Debtor(s).

## CHAPTER 7 TRUSTEE
## 240-DAY STATUS REPORT

Per the Court's Case Management Order of September 5, 2018, Kenneth W. Gordon, Chapter 7 Trustee for the above-captioned Bankruptcy Case reports as follows:

Since the last docket entry on this case, the Trustee has been pursuing the only open asset in this case, a hip replacement mass tort case in Texas. The Trustee employed Asim Badaruzzaman of Seeger Weiss, LLP by Order of this Court on November 28, 2016. The Trustee will send another letter to counsel for this hip replacement mass tort case to request an update.

Dated: 9-11-18
Rochester, New York

KENNETH W. GORDON, TRUSTEE