**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
In Re:

    EDWARD LOUIS AND                      Case No.: 15-20301
    DALE R. LOUIS,                              Chapter 7

            Debtor(s).

## CHAPTER 7 TRUSTEE
## 240-DAY STATUS REPORT

Per the Court's Case Management Order of September 5, 2018, Kenneth W. Gordon, Chapter 7 Trustee for the above-captioned Bankruptcy Case reports as follows:

Since the last docket entry on this case, the Trustee has continued pursuing the only open asset in this case, a hip replacement mass tort case in Texas. The Trustee employed Asim Badaruzzaman of Seeger Weiss, LLP by Order of this Court on November 28, 2016. The Trustee has been advised recently by Mr. Badaruzzaman the he has been in negotiations with the defendant on a group of cases, including this one, and has an agreement in principle to resolve each case. A court-appointed special master will review each case and make a final allocation which will then be presented for review and approval. No allocations have yet been set, nor have the parties and the special master yet finalized the aggregate settlement value with the defendant for the group of cases that the Special Master can then use to allocate the funds, but the allocations are expected in the next 60-90 days.

Dated: May 15, 2019
      Rochester, New York

                                                        KENNETH W. GORDON, TRUSTEE